847 A.2d 669

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Kevin John WALSH, Respondent.**

**No. 756 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 8, 2004.

## *ORDER*

PER CURIAM:

AND NOW, this 8th day of April, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 16, 2004, it is hereby

ORDERED that KEVIN JOHN WALSH be and he is SUSPENDED from the Bar of this Commonwealth for a period of five years, retroactive to August 8, 2002, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.